

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

- vs

Carlos Javier Acevedo
Defendant

CASE NUMBER: CR: 14-20556 CR Gayles

REPORT COMMENCING CRIMINAL ACTION

06582-104
USMS NUMBER

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT         (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE   N/A.

(1) DATE AND TIME OF ARREST: 8/5/14  6:05  AM ___ PM X

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: _____

(4) DATE OF BIRTH: 9/18/78

(5) TYPE OF CHARGING DOCUMENT:     (CHECK ONE)
    { } INDICTMENT          { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____

(6) REMARKS: _____

(7) DATE: 8/5/14    (8) ARRESTING OFFICER: Special Agent  SA ORTIZ

(8) AGENCY: DEA             (10) PHONE: _____

(11) COMMENTS: _____